## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. _____** |
| | : | |
| **v.** | : | |
| | : | |
| **TUAN ANH NGUYEN,** | : | |
| | : | |
| **Defendant.** | : | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

Nicholas Daniel Trbovich, a Special Agent with the United States Secret Service, Washington, D.C., (hereinafter "your affiant") being duly sworn, deposes and states as follows:

1.     I am a Special Agent assigned to the Washington Field Office of the United States Secret Service.

2.     This affidavit is based, in part, upon my personal observations, information provided to me by other Special Agents of the United States Secret Service, other members of law enforcement, and witnesses, and it includes other information gathered during the course of this investigation.  Since this affidavit is being submitted for the limited purpose of obtaining a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts which I believe are necessary to establish probable cause for a criminal complaint and arrest warrant.

3.     This affidavit is submitted in support of an application for a criminal complaint and arrest warrant charging the defendant, TUAN ANH NGUYEN, with violations of Title 18, United States Code, § 970(a), Title 18, United States Code, § 844(h), and Title 18, United States Code, § 844(i).

4.     As a result of my personal participation in this investigation, as well as through interviews with witnesses and analysis of reports submitted by other officers of the United States

Secret Service and other law enforcement agencies who are involved in this investigation, I am familiar with all aspects of this investigation.  On the basis of this familiarity, and on the basis of other information which I have reviewed and determined to be reliable, I believe the following facts show there is probable cause to believe that the defendant, TUAN ANH NGUYEN, committed (1) an offense involving a willful attempt to injure, damage or destroy any property, real or personal, located within the United States and utilized or occupied by a foreign government, in violation of Title 18, United States Code, § 970(a), (2) an offense involving the use of fire or an explosive to commit a felony which may be prosecuted in a court of the United States, in violation of Title 18, United States Code, § 844(h), and (3) an offense involving an attempt to maliciously damage or destroy by means of fire or an explosive any building or other real or personal property used in interstate or foreign commerce or in any activity affecting interstate or foreign commerce, in violation of Title 18, United States Code, § 844(i).

5.      On April 25, 2015, at approximately 9:08 p.m., a witness ("W-1") observed an Asian male, later identified as the defendant, TUAN ANH NGUYEN, emerge from a taxicab in front of 1233 20th Street, NW, Washington, D.C.  The building at 1233 20th Street, NW, Washington, D.C., houses the Embassy of the Socialist Republic of Vietnam (Vietnamese Embassy).  W-1, who was inside the building, noticed that the defendant, TUAN ANH NGUYEN, had a gas can in one of his hands and heard him ask the taxi driver for matches.  W-1 looked away briefly, but then heard some noises and looked out to see the defendat pouring a liquid out of the can near the front of the building and then igniting the liquid with a cigarette.

6.      Shortly afterward, members of a Metropolitan Police Department ("MPD") Club

2

Action Team ("CAT") arrived on the scene to see a fire burning on the sidewalk outside the Vietnamese Embassy.  One of the officers, Officer Carkeek observed the defendant, TUAN ANH NGUYEN, starting to walk away and told him to stop.  Officer Carkeek then asked the defendant what his intentions were, and the defendant replied that he was going to burn the building down because he believed the Vietnamese Ambassador lived there and because he wanted to make a statement against Communism.  Officer Carkeek noticed that the defendant, TUAN ANH NGUYEN, smelled of gasoline.

7.      Other MPD officers soon arrived, and one of them, Officer Miriam Wishnick, placed the defendant in handcuffs.  While Officer Wishnick was conducting a protective pat down of the defendant, he spontaneously exclaimed, "I'm protesting Communism . . . I'm here for freedom . . . for what they did . . . I'm here to kill the ambassador and to burn the building down."

8.      Subsequent investigation by the D.C. Fire Marshals revealed that the defendant, TUAN ANH NGUYEN, had poured the flammable substance over an area in close proximity to the front of the Vietnamese Embassy measuring approximately 35 feet long and 5 to 6 feet wide.

9.      On April 25, 2015, at about 10 p.m., I and Special Agent Samuel Messinger of the Secret Service responded to a request from the Uniformed Division of the Secret Service to proceed to the Vietnamese Embassy to interview a man who had attempted to light himself and the building housing the Embassy on fire.

10.      Upon arriving, Special Agent Messinger identified the man as the defendant, TUAN ANH NGUYEN, from NGUYEN's driver's licence and response to the agent's request for the man to identify himself.  NGUYEN smelled strongly of gasoline.

3

11.     NGUYEN waived his <u>Miranda</u> rights and told me and Agent Messinger that he was in Washington, D.C. to fight for "freedom and democracy."  NGUYEN had recently been released from custody after a case was dismissed in the Northern District of California.  After his release, NGUYEN said he was on a mission to find the Vietnamese Ambassador in Washington, D.C. and blow him up along with the Embassy or Consulate.  NGUYEN said he looked up the Vietnamese Embassy on Google and discovered it was at 1233 20th Street NW, Suite 400.  (A search of NGUYEN's person revealed a piece of paper in his possession listing this address along with the word "EMBVN," which presumably means the Embassy of Vietnam.)

12.     NGUYEN further stated he started his mission in California by driving his Toyota Camry to Salt Lake City, Utah.  There, he flew a Southwest Airlines flight to Washington Reagan National Airport, landing at 4 p.m. on April 24, 2015.  From the airport, he took a taxi to the Hotel Harrington, located at 436 11th Street NW, Washington, D.C., where he checked into a room.

13.     NGUYEN additionally said that, after calling his mother, he took a taxi from the hotel to a gas station and purchased a gas can and one gallon of gasoline.  NGUYEN paid using cash and a credit card, and purchased that amount of gas because  he believed "it was enough to blow up himself and the building."  NGUYEN then took a taxi to the Vietnamese Embassy.

14.     NGUYEN also stated he got out of the taxi and spread gasoline from the gas can on his body and the ground and then lit it on fire.  NGUYEN said his intent was to destroy the building and kill the Ambassador because for the past 40 years, people in Vietnam suffered terribly at the hands of the Communist government, having been captured, detained and killed in concentration camps.  NGUYEN believed his actions were a symbol of liberty and justice, and

he wanted to draw attention to these issues.

15.     NGUYEN also said he had medication in his hotel room for his heart, stomach and for psychiatric conditions, including depression and bipolar disorder.  NGUYEN had been hospitalized a number of times, including twice for psychiatric problems and twice for heart issues.

16.     At the end of his statement, NGUYEN stated he planned on doing the same thing on April 30, 2015, at the "Philippine office" in San Francisco, but would use more gasoline.  NGUYEN said he was sorry about the situation and was only doing it for "liberty and justice."

17.     NGUYEN consented to a search of his hotel room at the Hotel Harrington.  The search revealed the above-described medication and a newly purchased copy of Hillary Clinton's "Hard Choices."

18.     NGUYEN has a long history of threatening to inflict harm on representatives of the government of Vietnam and on U.S. presidents, often through the use of fire.  In July 2003, a clinical director at the San Francisco County Jail warned that NGUYEN, then incarcerated for making a bomb threat toward the Vietnamese Civic Center, threatened President George W. Bush, the Vietnamese Consulate, and the Vietnamese Consul General.  In a subsequent interview, NGUYEN admitted to making the threat.  In February 2008, while NGUYEN was incarcerated on fraud charges, a doctor at Santa Clara County Jail Psychiatric Ward, San Jose, California, warned that NGUYEN had threatened to kill President George W. Bush.  He also wrote and taped similar threats to his cell door.  When interviewed by the Secret Service, Nguyen reiterated the threatening statements. He stated he would kill any American President

and overthrow the U.S. government because the United States supported a Communist Vietnamese government.  In November 2009, a doctor at the Atascadero State Mental Hospital in Atascadero, California, warned that NGUYEN threatened President Barack Obama, First Lady Michelle Obama, and former President George W. Bush.  In a subsequent interview, NGUYEN admitted to the threatening statements but advised he had been off his medications at the time.

19.    On October  18, 2007, NGUYEN was indicted in the Northern District of California for violating 18 U.S.C. 844(e) by mailing a threatening communication in interstate commerce in Criminal No. 07-CR-664 (WHA).  On February 11, 2009, the court granted the government's motion to dismiss the indictment without prejudice.  However, on December 23, 2011, NGUYEN was charged by complaint in the Northern District of California (11-MJ-71415 MAG) for the same conduct, which involved a letter he had sent to the Vietnamese Consulate in San Francisco threatening to burn it down.  On May 22, 2012, NGUYEN was arrested on the complaint), and was subsequently sent to FMC Butner in Butner, North Carolina, for a competency examination.  At Butner, NGUYEN was diagnosed with schizoaffective disorder - depressive type.  On June 13, 2013, Nguyen was transferred back to jail in San Jose.  In October 2013, he was released, remaining on pre-trial supervision.   However, he failed to comply with his conditions of release, and on December 23, 2013, after learning that NGUYEN had been arrested in Wyoming, Pretrial Services sought an arrest warrant.  On December 25, 2013, NGUYEN called the Washington D.C. Metropolitan Police Department from a Wyoming medical center and threatened to fly a plane into the White House.  NGUYEN had been arrested in Wyoming on an outstanding state court warrant.  A nurse who treated NGUYEN also warned the Secret Service that NGUYEN told her that he and others were planning to hijack a flight.

NGUYEN's treating physician advised that NGUYEN was preoccupied with Vietnamese immigration policy and was fascinated by fire.  He said Nguyen often talked about igniting himself.  Pursuant to a federal warrant, Nguyen was detained and transferred back to Butner in March 2014 for another psychological evaluation.  NGUYEN was deemed mentally incompetent and released.  The U.S. Attorney's Office for the Northern District of California dismissed all pending charges against NGUYEN.

20.     On its website, the Vietnamese Embassy describes part of its role as fostering economic ties between the United States and Viet Nam.  In addition, the Embassy has a consular section that receives visa applications from across the United States from persons seeking to travel to Viet Nam.  Accordingly, the activities of the Vietnamese Embassy involve and affect interstate and foreign commerce.

## **CONCLUSION**

21.     Based on the aforementioned factual information, I respectfully submit that there is probable cause to believe that the defendant, TUAN ANH NGUYEN committed (1) an offense involving a willful attempt to injure, damage or destroy any property, real or personal, located within the United States and utilized or occupied by a foreign government, in violation of Title 18, United States Code, § 970(a), (2) an offense involving the use of fire or an explosive to commit a felony which may be prosecuted in a court of the United States, in violation of Title 18, United States Code, § 844(h), and (3) an offense involving an attempt to maliciously damage or destroy by means of fire any building or other real or personal property

used in interstate or foreign commerce or in any activity affecting interstate or foreign

commerce, in violation of Title 18, United States Code, § 844(i).


_____
Nicholas Daniel Trbovich


Subscribed and sworn to before me this _____ of April, 2015.


_____
HON. DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE

8